

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 14, 2015.

Sandee Bryan Marion, Chief Justice